IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF TEXAS, BEAUMONT DIVISION

IN RE: JOHN W PHYTHIAN : Chapter: 13
:
:
:
: CASE NO: 15-90172
:

**NOTICE OF ADDRESS CHANGE**

Conn Appliances, Inc. d/b/a Conn's HomePlus as servicer-in-fact and attorney-in-fact for Conn Credit I, LP hereby changes its address for its claim number 1 filed in this case. Any other addresses for notices or other claims should not be affected by this change and should remain the same.

Previous Address:

> P.O. BOX 2358
> BEAUMONT, TX  77704

New Address for Notices and Payments:

> Conn Appliances, Inc. d/b/a Conn's HomePlus as servicer-in-fact and attorney-in-fact for Conn Credit I, LP
>
> c/o Becket & Lee LLP
>
> PO Box 3002 Dept. Conns
>
> Malvern, PA 19355-1245
>
> 610-228-2570
>
> proofofclaim@becket-lee.com

Respectfully Submitted,

By: /s/ Gregory P Deegan

> Gregory P Deegan, Claims Administrator
> Becket & Lee LLP
> PO Box 3001
> Malvern, PA 19355-0701

DATE:    5/19/2017